NUMBER 13-10-00028-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DEVIN NEVILLES, Appellant,


v.



GARY KANAK, Appellee. 

 ____________________________________________________________


On appeal from the 24th District Court 


of Jackson County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 24th District Court
of Jackson County, Texas, in cause number 09-4-13484. Appellant has filed an
unopposed motion to dismiss the appeal on grounds the trial court signed an order granting
appellee a non-suit with prejudice, rendering the present appeal moot. Appellant requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Delivered and filed the

25th day of February, 2010.